IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ANTOINE C. THREATT
also known as
A. Khalil N. Hamid,

    Petitioner,

    v.

EZELL BROWN
SHERIFF,

    Respondent.

CIVIL ACTION FILE
NO. 1:11-CV-4317-TWT

### ORDER

This is a pro se habeas corpus action. It is before the Court on the Report and Recommendation [Doc. 3] of the Magistrate Judge recommending that the Petition be dismissed without prejudice for failure to exhaust state remedies. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED without prejudice.

SO ORDERED, this 6 day of February, 2012.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\11\Threatt\r&r.wpd